UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
OCT 7 2015
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge (Chief) George H. King
From: Andres , Deputy Clerk    Date Received: 07/29/2015
Case No.: 2:15-mc-00226    Case Title: Marcie Lutzke, -V- Beneficiary, et al.,
Document Entitled: Notice of Lis Pendens

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5    No letters to the judge
- ☐ Fed. R. Civ. P. 5    No proof of service attached to document(s)
- ☑ Other: This case does not pertain to any pending case in this court, submitted for further judicial review.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

10/7/15    _____
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES